## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br> ) **Cr. No.:** 1:21-cr-144-LM-01<br>**vs.** ) **18 U.S.C. § 922(a)(6)**<br> )<br>**NATHANAEL ESTABROOK,** )<br> )<br> **Defendant.** ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(18 U.S.C. § 922 (a)(6) –Making a False
Statement during the Acquisition of a Firearm)

On or about January 6, 2020, in the District of New Hampshire, the defendant,

**NATHANAEL ESTABROOK,**

in connection with the acquisition of a firearm, a Smith & Wesson, Model 442, .38 special caliber revolver, serial number DMD8017, from MacPherson Firearms LLC, a federally licensed firearms dealer, located in Brentwood, New Hampshire, knowingly made a false and fictitious written statement to MacPherson Firearms LLC that was likely to deceive MacPherson Firearms LLC as to a fact material to the lawfulness of Nathanael Estabrook's acquisition of the firearm. Nathanael Estabrook falsely represented that he was a New Hampshire resident when, in fact, he was a Massachusetts resident, and falsely represented that he was the actual transferee/buyer of the firearm when, in fact, he was not the actual transferee/buyer of the firearm. All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO
(18 U.S.C. § 922 (a)(6) –Making a False Statement during the Acquisition of a Firearm)

On or about May 22, 2020, in the District of New Hampshire, the defendant,

**NATHANAEL ESTABROOK,**

in connection with the acquisition of a firearm, a Glock, Model G17, 9X 19 mm caliber pistol, serial number GED669, from MacPherson Firearms LLC, a federally licensed firearms dealer, located in Brentwood, New Hampshire, knowingly made a false and fictitious written statement to MacPherson Firearms LLC that was likely to deceive MacPherson Firearms LLC as to a fact material to the lawfulness of Nathanael Estabrook's acquisition of the firearm.  Nathanael Estabrook falsely represented that he was a New Hampshire resident when, in fact, he was a Massachusetts resident, and falsely represented that he was the actual transferee/buyer of the firearm when, in fact, he was not the actual transferee/buyer of the firearm.  All in violation of Title 18, United States Code, Section 922(a)(6).


Dated:  August 30, 2021                                                   A TRUE BILL

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury


JOHN J. FARLEY
Acting United States Attorney
District of New Hampshire


/s/ Anna Z. Krasinski
By:   Anna Z. Krasinski
        Assistant U.S. Attorney